SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 0 4 2008
J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:08-CR-0015 LRA

CYNTHIA RENE DAVIS and
JACKIE CONN

## ORDER OF DISMISSAL OF COUNTS 3 AND 4

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 3 and 4 of the Criminal Information with prejudice.

DUNN LAMPTON
United States Attorney

/s/Dave Fulcher
By: DAVE FULCHER
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 3 and 4 with prejudice.

SO ORDERED, this the 4th day of December, 2008.

HONORABLE LINDA R. ANDERSON
UNITED STATES MAGISTRATE JUDGE